ELIZABETH R. LEWIS, Appellant, v. TRAVELERS INSURANCE COMPANY, Respondent.—

636

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.